RICHARD M. ROGERS, #045843
MAYO & ROGERS
114 SANSOME STREET, #1310
1 SAN FRANCISCO, CA 94104
TEL: 415/397-1515
2 ATTORNEYS FOR PLAINTIFF

3                    IN THE UNITED STATES DISTRICT COURT

4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6 CHARLES DANIELS                          No. C 05-00318 JSW [ECF]

7           Plaintiff,                      STIPULATION AND [PROPOSED]
                                            ORDER SELECTING ADR PROCESS
8    v.
                                            ADR CERTIFICATION
9 RITZ CARLTON HOTEL and JOHN NANCE

10          Defendant.
                                    /
11

12       The parties stipulate to participate in the following ADR process:

13   **Court Processes:**

14       ☐ Arbitration      ☐ ENE          ☒ Mediation

15   *(To provide additional information regarding timing of session, preferred subject matter expertise of
     neutral, or other issues, please attach a separate sheet.)*
16

17   **Private Process:**

18       ☐ Private ADR *(please identify process and provider)*

19

20

21   Dated:  5-4-05          _____
                              Attorney for Plaintiff
22
23   Dated:  5-4-05          _____
                              Attorney for Defendant
24

25   IT IS SO ORDERED:

26

27   Dated: May 5, 2005           /s/ Jeffrey S. White
                                  UNITED STATES DISTRICT JUDGE
28

STIPULATION AND ORDER SELECTING ADR PROCESS / ADR CERTIFICATION
N:\Adrpc3a.frm                                                      REV 5/00

United States District Court
For the Northern District of California