| | |
|---|---|
| 1 | RICHARD M. ROGERS, #045843<br>MAYO & ROGERS |
| 2 | 114 Sansome Street, #1310<br>San Francisco, CA 94104 |
| 3 | Telephone: 415/397-1515<br>Facsimile: 415/397-1540 |
| 4 | Email: RogersRMR@aol.com |
| 5 | Attorneys for Plaintiff<br>CHARLES DANIELS |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| CHARLES DANIELS, | ) | CASE NO. C05-00318 JSW [ECF] |
|---|---|---|
| Plaintiff, | ) | Case filed: 01/24/05 |
| v. | ) | Trial date: TBA |
| RITZ CARLTON HOTEL, JOHN NANCE, AND STRATEGIC HOTEL CAPITAL, INC., | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |
| Defendants. | ) | Date: 07/29/05<br>Time: 1:30 p.m.<br>Location: Courtroom 2 |

1     The parties hereto stipulate to continue the Case Management Conference, currently
2 scheduled for July 29, 2005, at 1:30 p.m., to August 5, 2005, at 1:30 p.m., due to a death in
3 Plaintiff's counsel's family.

4                                              Respectfully submitted,

5 Dated: 07/25/05                 MAYO & ROGERS

6

7                                   By: /s/
8                                         RICHARD M. ROGERS
                                        Attorneys for Plaintiff

9 Dated:_____     SQUIRE, SANDERS & DEMPSEY L.L.P.
10

11                                 By:_____
12                                     ANGELA N. O'ROURKE
                                    Attorneys for Defendants
13                                     THE RITZ-CARLTON HOTEL
                                    COMPANY, LLC and JOHN NANCE
14

15 IT IS SO ORDERED.
16

17 Dated:_____    By:_____
                                    JUDGE OF THE U.S. DISTRICT COURT
18

19
20
21
22
23
24
25
26
27
28

1  The parties hereto stipulate to continue the Case Management Conference, currently
2  scheduled for July 29, 2005, at 1:30 p.m., to August 5, 2005, at 1:30 p.m., due to a death in
3  Plaintiff's counsel's family.

Respectfully submitted,

Dated:_____          MAYO & ROGERS

By:_____
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated:_____          SQUIRE, SANDERS & DEMPSEY L.L.P.

By:_____
ANGELA N. O'ROURKE
Attorneys for Defendants
THE RITZ-CARLTON HOTEL
COMPANY, LLC and JOHN NANCE

IT IS SO ORDERED.

Dated: July 26, 2005    By: /s/ Jeffrey S. White
                        JUDGE OF THE U.S. DISTRICT COURT

Case 3:05-cv-00318-JSW   Document 20   Filed 07/25/2005   Page 3 of 3

DANIELS/
CMC-RESH.STIP.wpd    USDC No. C05-00318 JSW (ECF) – Stipulation and Order to Continue Case Management Conference    1