RICHARD M. ROGERS, #045843
MAYO & ROGERS
114 Sansome Street, #1310
San Francisco, CA 94104
Telephone: 415/397-1515
Facsimile: 415/397-1540
Email: RogersRMR@aol.com

Attorneys for Plaintiff
CHARLES DANIELS

MICHAEL W. KELLY, #214038
ANGELA N. O'ROURKE, #211912
SQUIRE SANDERS & DEMPSEY LLP
One Maritime Plaza, #300
San Francisco, CA 94111
Telephone: 415/954-0200
Facsimile: 415/393-9887
Email: mkelly@ssd.com
aorourke@ssd.com

Attorneys for Defendants
RITZ CARLTON HOTEL
and JOHN NANCE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DANIELS,<br><br>    Plaintiff,<br><br>v.<br><br>RITZ CARLTON HOTEL, JOHN NANCE, AND STRATEGIC HOTEL CAPITAL, INC.,<br><br>    Defendants. | CASE NO. C05-00318 JSW [ECF]<br><br>Case filed: 01/24/05<br>Trial date: TBA<br><br>STIPULATION TO DISMISSAL OF ACTION; [~~PROPOSED~~] ORDER |

DANIELS/
DISMISS.STIP.wpd

USDC No. C05-00318 JSW [ECF] – Stipulation to Dismissal of Action; Order

Pursuant to F.R.Civ.P. 41(a)(1), the parties hereto stipulate to a dismissal of this action with prejudice, pursuant to a Settlement Agreement.

Dated: 10-25-05

MAYO & ROGERS

By: *[signature]*
RICHARD M. ROGERS
Attorneys for Plaintiff

Dated: 11/8/05

SQUIRE SANDERS & DEMPSEY LLP

By: *[signature]*
ANGELA N. O'ROURKE
Attorneys for Defendants

IT IS SO ORDERED.

Dated: November 9, 2005

By: *[signature]* Jeffrey S. White
JUDGE OF THE U.S. DISTRICT COURT